KERMAN v. PENNSYLVANIA STEEL CO. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Edward Kerman against the Pennsylvania

Steel Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 1137.

KIDDER, Appellant, v. PORT HENRY IRON ORE CO. OF LAKE CHAMPLAIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by George S. Kidder against the Port Henry Iron Ore Company of Lake Champlain and another. No opinion. Order affirmed, with $10 costs and disbursements.